IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEREL D. DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:12-cv-1180 |
| | ) | |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Chief Magistrate Judge Lisa Pupo |
| ROBERT ELMORE, | ) | Lenihan |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **MEMORANDUM ORDER**

The Complaint was filed in the above captioned case on August 30, 2012, after Plaintiff's Motion to Proceed *In Forma Pauperis* was granted. The case was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 7), filed on October 25, 2012, recommended that the Complaint (ECF No. 5) be dismissed with prejudice. Service of the Report and Recommendation was made on Plaintiff at SCI Graterford, Box 244, Graterford, PA 19426. Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that he had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 16th day of November, 2012,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff Terel D. Dixon (ECF No. 5) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 7) of Chief Magistrate Judge Lenihan, dated October 25, 2012, is adopted as the opinion of the Court.

s/ Terrence F. McVerry
United States District Judge

cc:  TEREL D. DIXON
     KD-7082
     SCI Graterford
     Box 244
     Graterford, PA 19426
     *Via U.S. Mail*